UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERMAINE LANDRY** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-5523** |
| **BURL CAIN, WARDEN** | * | **SECTION: "S"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Jermaine Landry for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 6th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE